# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARL DEAN EDWARDS,
Petitioner,

vs.

THE STATE OF NEVADA,
Respondent.

No. 69746

**FILED**

MAR 17 2016



RACHE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for extraordinary relief. Petitioner challenges the validity of his judgment of conviction and sentence. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. A challenge to the validity of the judgment of conviction must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance.[1] NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

16-08493

cc: Carl Dean Edwards
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk